

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2014

No. 04-14-00650-CV

Michael A. **CERNY** and Myra L. Cerny, Individually and as Next Friends of Cameron A. Cerny, A Child,
Appellants

v.

**MARATHON OIL CORPORATION**, Marathon Oil EF LLC, and Plains Exploration & Producing Company,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 13-05-00118-CVK
Honorable Stella Saxon, Judge Presiding

## O R D E R

On November 24, 2014, appellants filed a "Motion to Transmit Portions of Original Clerk's Record" asking this Court to direct the Karnes County District Clerk to transmit the following original records to the Clerk of this Court: Exhibits 5, 7, 8, and 9 to the Marathon Motion for Summary Judgment (filed under seal on June 18, 2014) and Plaintiffs' Response to Motion for Summary Judgment (filed on or about July 11, 2014).

The motion is GRANTED. *See* TEX. R. APP. P. 34.5(f) ("On any party's motion . . ., the appellate court may direct the trial court clerk to send it any original document."). The Karnes County District Clerk is therefore ORDERED to file a supplemental record containing Exhibits 5, 7, 8, and 9 to the Marathon Motion for Summary Judgment (filed under seal on June 18, 2014) and Plaintiffs' Response to Motion for Summary Judgment (filed on or about July 11, 2014) by mailing the original copies to this Court within 10 days of the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court